**Affirmed and Memorandum Opinion filed May 22, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-01040-CR

---

### KATHRYN HILL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 10-DCR-055475**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to assault—family violence. Pursuant to a plea bargain agreement with the State, the trial court assessed a seven-year suspended sentence, and placed appellant on community supervision for three years. Appellant's community supervision was revoked, and the trial court sentenced appellant to confinement for three years in the Institutional Division of

the Texas Department of Criminal Justice. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).